**Order entered March 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01401-CR**
**No. 05-18-01402-CR**
**No. 05-18-01403-CR**

**MICHAEL LEE BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-56811-Q, F16-56812-Q & F16-56813-Q**

## ORDER

Before the Court is appellant's motion to abate these appeals. In the motion, appellant states that the appellate record is not complete because the reporter's record from the guilty plea hearing has not been filed and the corrected certifications of appellant's right to appeal are missing. He asks us to abate the appeal until the complete record has been filed and that he then be allowed a two-week extension of time to file his brief.

A review of these appeals shows that the reporter's record of the hearing on appellant's November 2, 2018 open pleas was filed January 31, 2019; the supplemental reporter's record of the hearing on appellant's December 2, 2016 guilty pleas was filed March 7, 2019. The trial court filed the amended certifications of appellant's right to appeal on March 8, 2019.

In light of the above, we **DENY** appellant's motion to the extent he requests we abate these appeals. We **GRANT** his motion to the extent he requests additional time to file his brief and **ORDER** appellant's brief due on or before March 25, 2019.


/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE